IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

EDWARD KEITH STODDARD,

      Appellant,

v.

                                      Case No.  5D21-3208
                                      LT Case No. 21-MM-000381-A

STATE OF FLORIDA,

      Appellee.
_____/

Decision filed July 19, 2022

Appeal from the County Court
for Citrus County,
Mark J. Yerman, Judge.

Matthew J. Metz, Public Defender,
and Edward J. Weiss, Assistant Public
Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Kaylee D. Tatman,
Assistant Attorney General,
Daytona Beach, for Appellee.

PER CURIAM.

      AFFIRMED

EISNAUGLE, SASSO and WOZNIAK, JJ., concur.